Prob 12C

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## SUPERSEDING PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

| | |
|---|---|
| **Offender Name:** | Tavares Koran SIMPSON |
| **Docket Number:** | 2:07CR00302-02 |
| **Offender Address:** | San Pablo, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 05/16/2008 |
| **Original Offense:** | 18 USC 1029 (b)(2) and 1029 (a)(1) - Conspiracy to Use Counterfeit Access Devices<br>(CLASS C FELONY) |
| **Original Sentence:** | 5 months custody Bureau of Prisons; 36 months Supervised Release; $100 Special Assessment; $1,000 Fine |
| **Special Conditions:** | Warrantless search; Financial disclosure/restrictions; Drug/alcohol treatment program; Co-payment for treatment; Maintain viable and verifiable employment; Participate in educational or vocational program; Participate in Community Corrections Center for 60 days. |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 08/15/2008 |
| **Assistant U.S. Attorney:** | Camil Skipper    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Lexi Negin    **Telephone:** (916) 498-5700 |

**Other Court Action:**

Rev. 02/2012
VIOLATION__PETITION
(PROB12C-TSR) (ND).WPD

RE:    Tavares Koran Simpson
       Docket Number:  2:07CR00302-02
       **SUPERSEDING PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

**09/18/2008:**       A Probation Form 12B - Petition to Modify the Conditions or Term of Supervision With Consent of the Offender was filed and approved by the Court to include drug testing after a urine sample submitted by the offender tested positive for the use of Marijuana.

**05/07/2009:**       A Probation Form 12C- Petition for Warrant or Summons for Offender Under Supervision was filed ordering the issuance of a warrant based on new law violations of Driving Under the Influence of Alcohol and Driving on a Suspended License. The offender was in state custody on a parole violation for the same conduct.

**06/26/2009:**       Appeared in the Northern District of California Magistrate Court for initial appearance after being transferred from state to federal custody on June 23, 2009.

**06/29/2009:**       Appeared in the Northern District of California Magistrate Court and was released on bond and ordered to appear in the Eastern District of California Magistrate Court on July 13, 2009.

**07/13/2009:**       Magistrate Judge Brennan ordered release conditions imposed to remain in effect and ordered the offender to appear in Your Honor's Court on July 31, 2009.

**07/31/2009:**       The offender admitted Charge 1 of the Petition.  Supervised release was continued modified to include an abstain from alcohol condition.

**11/08/2010:**       A Probation Form 12C- Petition for Warrant or Summons for Offender Under Supervision was filed ordering the offender to appear on November 12, 2010 to answer to charges he violated Supervised Release.

**11/12/2010:**       Offender appeared in Court and denied allegations in the petition. Matter continued to December 10, 2010.

RE:    Tavares Koran Simpson
       Docket Number:  2:07CR00302-02
       **SUPERSEDING PETITION FOR WARRANT OR SUMMONS**
       **FOR OFFENDER UNDER SUPERVISION**

**12/10/2010:**   Offender appeared in Court and admitted Charges 1,2,and 3, of the petition filed on November 8, 2010. Disposition was set for January 21, 2011.

**01/21/2011:**   Issuance of a Warrant ordered in court for violation of 18:3146 - Failure to Appear. Court notified Offender was in custody on new State charges for Theft.

**01/25/2011:**   Warrant issued to be lodged as detainer.

**04/26/2012:**   Appeared in Magistrate Court for initial appearance re: Revocation of Supervised Release. Defendant detained and matter continued to District Court on May 18, 2012.

---

### PETITIONING THE COURT

**( X )  OTHER:** To recall the warrant issued on May 4, 2012, and the offender is to be arraigned on this petition on May 18, 2012 at the time already scheduled for him to appear in court on the petition filed on November 8, 2010.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number**     **Nature of Violation**

**Charge 1:**         **NEW LAW VIOLATION**

On December 13, 2010, the offender was observed by store security take two bottles of Vodka and walk around the store. Security recognized him as the subject who stole 8 bottles of Vodka on December 4, 2010 and 4 bottles of Vodka on December 10, 2010. When he saw security, he put down the two bottles of Vodka and fled the store. Mr. Simpson resisted and had to be pepper sprayed and subdued. He was subsequently arrested for Attempted Theft and Theft.
**Justification:** Mr. Simpson was subsequently convicted of the conduct as listed in Charge 1, after entering a no contest plea in Yolo County Superior Court to violating two counts of California Penal

Rev. 02/2012
VIOLATION__PETITION
(PROB12C-TSR) (ND).WPD

RE:    Tavares Koran Simpson
       Docket Number:  2:07CR00302-02
       **SUPERSEDING PETITION FOR WARRANT OR SUMMONS
       FOR OFFENDER UNDER SUPERVISION**

Code Sections 484(a)/490.5/666 - Petty Theft of Retail Merchandise with Prior Convictions (Case Number 10-6026). He accepted a negotiated plea deal and was sentenced to 2 years, 8 months State Prison. According to the police report, Mr. Simpson admitted the thefts at the time of his arrest. Mr. Simpson was on State Parole also at the time of this offense. His parole status was revoked and he was returned to custody for 12 months.

**Custody Status/Location** - Sacramento County Jail
**Booking/CDC Number -** G29082

**Bail/Detention:**   It is respectfully recommended that Mr. Simpson be detained for all future violation hearings as he is considered a danger to the community and a flight risk pursuant to 18 USC 3143 due to his continuing criminal conduct and unstable residency.

**I declare under penalty of perjury that the foregoing is true and correct.**

**EXECUTED ON**:   May 10, 2012
                   Sacramento, California
                   das/cp

                           Respectfully submitted,


                            /s/Deborah A. Spencer
                         **DEBORAH A. SPENCER**
                  **Supervising United States Probation Officer**
                         Telephone:  (916) 930-4320

RE: **Tavares Koran Simpson**
**Docket Number: 2:07CR00302-02**
**SUPERSEDING PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

( )  The issuance of a warrant  ( ) Bail set at $ ____  ( ) No Bail

( )  The issuance of a summons (copy to Defense Counsel).

(X)  Other: To recall the warrant issued on May 4, 2012, and the offender is to be arraigned on this petition on May 18, 2012 at the time already scheduled for him to appear in court on the petition filed on November 8, 2010.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

( )  Defendant is ordered detained, to be brought before District Judge forthwith.

( )  Initial appearance and detention hearing before Magistrate Judge.

Dated: May 15, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

cc: United States Probation
    Camil Skipper, Assistant United States Attorney
    Lexi Nagin, Defense Counsel

RE: Tavares Koran SIMPSON
    Docket Number:   2:07CR00302-02
    <u>STATEMENT OF EVIDENCE</u>



### STATEMENT OF EVIDENCE OF ALLEGED
### SUPERVISED RELEASE VIOLATIONS


Honorable Garland E. Burrell, Jr.
United States District Judge
Sacramento, California

                              RE: Tavares Koran SIMPSON
                                    Docket Number:   2:07CR00302-02

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:**    **NEW LAW VIOLATION**

      **A.**    **Evidence:**

           (1)    Davis Police Report Number 10-5369

           (2)    Summary of Revocation Hearing Decision dated January 4, 2011.

           (3)    Yolo County Superior Court Minute Order Docket Number 10-6026


      **B.**    **Witnesses:**

           (1)    Store Security Officers can testify to the conduct as alleged in Charge 1 of the Petition.

RE:    Tavares Koran SIMPSON
       Docket Number:    2:07CR00302-02
       **STATEMENT OF EVIDENCE**


              Respectfully submitted,


              /s/Deborah A. Spencer
              **DEBORAH A. SPENCER**
              **Supervising United States Probation Officer**

DATED:    May 10, 2012
          Sacramento, California
          DAS/cp

Rev. 02/2012
VIOLATION__PETITION
(PROB12C-TSR) (ND).WPD

# REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:** Tavares Koran SIMPSON       **Docket Number:** 2:07CR00302-02

**Date of original offense:** 07/12/2006 - 07/14/2006

**Original term of supervised release imposed:**   3 years

**Highest grade of violation alleged:**   B

**Criminal History Category of offender:**   IV

**Chapter 7 range of imprisonment:**   12 to 18 months

**Maximum term on revocation - 18 USC 3583(e)(3):** (*choose one below*)

  X    Class C and/or D felony - 2 years

**Violation requires mandatory revocation:  YES:** ___  **NO:**  X 

**Original offense committed on or after 04/30/2003:** Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above. There is no adjustment for prison time imposed for any previous revocation of the term of supervised release. The Court must consider but is not bound by Chapter 7 ranges. Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the current term of imprisonment imposed upon revocation, and all prior terms of imprisonment imposed upon previous revocations.

## MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of: 1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing. If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002:** Title 18 USC 3583(g) amended and instructs that supervision be revoked for: Testing positive for illegal controlled substances more than three times over the course of one year.

DAS/cp
05-10-12

Rev. 02/2012
VIOLATION__PETITION
(PROB12C-TSR) (ND).WPD