BENJAMIN B. WAGNER
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2-07-cr-302 GEB |
| Plaintiff, | [PROPOSED] ORDER RE JUDGMENT AND SENTENCE |
| v. | |
| TAVARES KORAN SIMPSON, | |
| Defendant. | |

IT IS HEREBY ORDERED that Charge 4 in the Petition for Warrant or Supervision For Offender Under Supervision filed November 8, 2010, against defendant Simpson be and is hereby DISMISSED.

**Date:  5/31/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge